COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Lloyd R. Cunningham. Trustee v. Unlimited Recharge Inc. and Carlos Gomez

Appellate case number:    01-19-00036-CV

Trial court case number:  2016-65188

Trial court:              269th District Court of Harris County

This case was abated pending the trial court's ruling on appellant's motion for reconsideration. On February 19, 2019, appellant notified the Court that the trial court denied the motion for reconsideration. We REINSTATE this case on the Court's active docket.

The clerk's record has been filed and the court reporter has filed an information sheet indicating that a reporter's record was not taken. Accordingly, appellant's brief is due within 20 days of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief is due 20 days after the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature:  ___/s/ Sarah Beth Landau_____
                              Acting individually


Date:  __February 21, 2019____